IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHANTELL ALLEN PEOPLES**  **PLAINTIFF**
**ADC # 134098**

v.  **CASE NO. 3:15CV00331 BSM**

**JAMES MURPHY et al.**  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Chantell Peoples's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1   Plaintiff's claims against defendants Dale Cook, Clabon Hicks, Luther Whithfiled and plaintiff's conditions of confinements claims are dismissed without prejudice.

2   Plaintiff may proceed on its claim against defendant James Murphy.

3   It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 28th day of October 2015.

UNITED STATES DISTRICT JUDGE