IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CHANTELL ALLEN PEOPLES, ADC # 134098, Plaintiff, v. JAMES MURPHY, Guard, Mississippi County Detention Center; *et al.* Defendants. | No. 3:15CV00331-JJV |

**MEMORANDUM AND ORDER**

**I.     INTRODUCTION**

Chantell Allen Peoples ("Plaintiff") filed this action *pro se* and pursuant to 42 U.S.C. § 1983 (Doc. No. 2). After review of his initial Complaint he was allowed to proceed with his claims against Defendant James Murphy, a correctional officer whom Plaintiff alleged had given him an incorrect dosage of medication. (Doc. Nos. 5, 8.) All other claims and Defendants were dismissed. (*Id*.) Now, Plaintiff has filed an Amended Complaint (Doc. No. 22) seeking to add five new Defendants: an unidentified nurse, an unidentified physician, Luther Whitfield, Dale Cook, and Clabon Hicks. (*Id*. at 1-2.) I have reviewed[1] his allegations and conclude that only his claims against Defendant Murphy should proceed.

**II.    ANALYSIS**

In his Amended Complaint Plaintiff re-alleges that Defendant Murphy, a correctional officer who had no medical training, provided him with another inmate's medication on several occasions

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

thereby causing him to suffer an adverse reaction. (Doc. No 22 at 1.) This claim will proceed. With respect to the other Defendants, Plaintiff alleges only[2] that he informed them of his problems with Defendant Murphy and they failed to address them. (Doc. No. 22 at 1-2.) He provides no specifics as to when he told these individuals of his concerns, how each responded upon being informed, or even how he brought these issues to their attention. These claims amount to little more than names listed without factual context and, as such, are insufficiently pleaded. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

### III.  CONCLUSION

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff will be allowed to proceed only with his deliberate indifference claims against Defendant James Murphy. All other claims and Defendants are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 18th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[2]Plaintiff also generally alleges that he has been mistreated because of his race, but offers no factual pleadings in support of this claim. (Doc. No. 22 at 1.)